HOLLY T. SHIKADA 4017
Attorney General of Hawaiʻi

PATRICIA OHARA 3124
REESE R. NAKAMURA 4822
JENNIFER H. TRAN 11590
Deputy Attorneys General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-0618
Fax: (808) 586-1372

Attorneys for Defendant
Scott Nago, Chief Election Officer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES PIRTLE, *pro se*,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT NAGO, in his official capacity as Chief Election Officer of the State of Hawaii,<br><br>Defendant. | CASE NO.: CV22-00381-JMS-WRP<br><br>DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF SCOTT T. NAGO; EXHIBIT A–D; CERTIFICATE OF COMPLIANCE WITH WORD LIMITATIONS; CERTIFICATE OF SERVICE<br><br>Judge: Hon. J. Michael Seabright<br>Trial: Not Set |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Defendant SCOTT NAGO, in his official capacity as Chief Election Officer of the State of Hawaii ("Defendant"), by and through his attorneys, HOLLY T.

SHIKADA, Attorney General of Hawai'i, and PATRICIA OHARA, REESE R. NAKAMURA, and JENNIFER H. TRAN, Deputy Attorneys General, hereby respectfully move this Honorable Court for an order dismissing the Complaint with prejudice filed herein by Plaintiff JAMES PIRTLE ("Plaintiff") on August 18, 2022. Alternatively, should this Honorable Court find that matters outside of the pleadings are presented and not excluded by this court, Defendant requests that this Motion be treated as one for summary judgment and disposed of as provided in Rule 56(a) of the Federal Rules of Civil Procedure ("FRCP").

This Motion is brought pursuant to Rules 7.1, 7.2, 7.3, 7.4, and 7.5 of the Local Rules of Practice for the United States District Court for the District of Hawaii and Rules 12(b)(1), 12(b)(6), and 56(a) of the FRCP, and is based upon the Memorandum in Support of Motion, Declaration of Scott T. Nago and Exhibits A-D, all of which are attached hereto and are incorporated by reference herein.

DATED: Honolulu, Hawai'i, September 20, 2022.

HOLLY T. SHIKADA
Attorney General of Hawai'i

/s/ REESE R. NAKAMURA
PATRICIA OHARA
REESE R. NAKAMURA
JENNIFER H. TRAN
Deputy Attorneys General

Attorneys for Scott Nago, in his official capacity as Chief Election Officer of the State of Hawaii