UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JAMES PIRTLE, pro se,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT NAGO, in his official capacity as Chief Election Officer of the State of Hawaii,<br><br>Defendant. | CASE NO.: CV22-00381-JMS-WRP<br><br>DECLARATION OF SCOTT T. NAGO; EXHIBITS A–D |

**DECLARATION OF SCOTT T. NAGO**

I, SCOTT T. NAGO, declare as follows:

1. I am the Chief Election Officer of the State of Hawaii. Unless otherwise indicated below, I have personal knowledge of the facts set forth herein and, if called upon to do so, I would and could testify under oath regarding them.

2. The 2020 General Election ballots have not been destroyed.

3. On September 1, 2022, I was served, through my authorized agent Raymond de Vega, with Plaintiff JAMES PIRTLE'S Complaint dated August 18, 2022, including its attached exhibits.

4. The Complaint served did not include a copy of Plaintiff's Emergency Ex Parte Motion to Retain and Preserve Evidence filed August 29, 2022 or the Honorable Judge Michael Seabright's Order Denying Plaintiff's

"Emergency Ex Parte Motion to Retain and Preserve Evidence" dated August 31, 2022.

5. Attached hereto as Exhibit A is a true and correct copy of the Summons and Proof of Service received on September 1, 2022.

6. Attached hereto as Exhibit B is a true and correct copy of JAMES PIRTLE's email dated September 8, 2022 sent to the Office of Elections' email address.

7. Attached hereto as Exhibit C is a true and correct copy of JAMES PIRTLE's email dated September 8, 2022 sent to the Office of Elections' email address.

8. Attached hereto as Exhibit D is a true and correct copy of JAMES PIRTLE's email dated September 13, 2022 sent to the Office of Elections' email address.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAII THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Pearl City, Hawai'i, September 20, 2022.

SCOTT T. NAGO
Chief Election Officer of the State of Hawaii