# EXHIBIT A

HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

| | | |
|---|---|---|
| JAMES PERTLE<br>*Plaintiff*<br>v.<br>SCOTT NAGO<br>*Defendant* | ) | Civil Action No. CV 22 00381 JMS WRP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OFFICE OF ELECTIONS
802 LEHUA AVENUE
PEARL CITY, HAWAII 96782

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES PERTLE
94-629 HEAINOA PL
WAIPAHU, HI 96797

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 24, 2022

Pam Hartman Beyer, Clerk by: J.O., Deputy Clerk
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

# EXHIBIT A

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 22-00381 JMS-WRP

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Scott Nago, Chief Election Officer
was received by me on *(date)* 9/1/2022.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I served the summons on 9/1/2022 at the State of Hawaii Office of Elections at 802 Lehua Avenue. Pearl City, HI 96782. The summons was received at the front desk.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/1/2022

[signature]
*Server's signature*

Krystal Brice-Brown, Server
*Printed name and title*

91-1547 Miula St. Ewa Beach, HI 96706
*Server's address*

Additional information regarding attempted service, etc:
Scott Nago would not come to front desk to receive summons himself. Office of Elections insisted on receiving summons on his behalf.

for Scott T. Nago, in his official capacity only
Raymund de Vega
[signature]
9/1/2022 8:47AM