# EXHIBIT B

**From:** OE.Elections
**To:** OE Section Heads; Schulaner, Aaron H
**Subject:** FW: [EXTERNAL] Chief Election Officer
**Date:** Thursday, September 8, 2022 8:25:35 AM

-----Original Message-----
From: James Pirtle <jpirtle511@gmail.com>
Sent: Thursday, September 8, 2022 8:16 AM
To: OE.Elections <elections@hawaii.gov>
Subject: [EXTERNAL] Chief Election Officer

Dear Hawaii Chief Election Officer,

This is an official Statement By James Pirtle 9/8/2022.

I do not consent to any Voting Machines being used in Any and All United States Elections. The Elections Office of Hawaii cannot without 100 percent transparency and security ensure that Voting Machines are accurate, true, and not vulnerable to hacking, algorithyms, tampering, and back door software along with trap door software.
Mahalo for your time.

**EXHIBIT B**