# EXHIBIT C

**From:** OE.Elections
**To:** OE Section Heads; Schulaner, Aaron H
**Subject:** FW: [EXTERNAL] Mail In Ballots
**Date:** Thursday, September 8, 2022 8:28:03 AM

-----Original Message-----
From: James Pirtle <jpirtle511@gmail.com>
Sent: Thursday, September 8, 2022 8:27 AM
To: OE.Elections <elections@hawaii.gov>
Subject: [EXTERNAL] Mail In Ballots

Dear Chief Election Officer Nago,

I do not consent to mail in ballots. Massive fraud has been proven to be conducted using Mail In ballots. We the people where never asked if we wanted mail in ballots. Laws where passed without We the People's consent. The election commission, chief election officer, and elections office staff members and state legislatures state wide are in violation of the United States Constitution.

Govern yourselves accordingly.

Mahalo for your time.

**EXHIBIT C**