# EXHIBIT D

**From:** James Pirtle
**To:** OE.Elections
**Subject:** [EXTERNAL] DHS
**Date:** Tuesday, September 13, 2022 9:36:13 AM

Aloha Election Office of Hawaii,

1) I am aware that in January 2017, shortly before President Donald Trump took office, Jeh Johnson, the Department of Homeland Security ("DHS") Advisor who served under former President Barak Hussein Obama, designated election infrastructure as part of the nation's critical infrastructure as a subsector under the Government Facilities sector. See https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical.

2) This designation purportedly allowed DHS, through its Cybersecurity and Infrastructure Security Agency ("CISA") with the assistance of the Election Assistance Commission ("EAC"), to provide services on a prioritized basis at the request of state and local election officials; however, it effectively resulted in the federal government improperly usurping the authority of the respective states to manage their own elections in violation of the Tenth Amendment to the United States Constitution.

3) In addition, pursuant to Article I, Section 4 of the United States Constitution, state governments have the primary responsibility to administer elections and enforce election law, with the role of the federal government traditionally being limited to the enforcement of the protections of the Voting Rights Act and the prosecution of individuals who have committed federal election crimes.

4) Moreover, I am aware that federal and state election officials across the United States have taken to the process of classifying certain election-related documents as confidential, thus preventing the public from viewing the documents and diminishing the transparency of the election process. While some election officials may argue that such actions are necessary to ensure the safe operation of electronic voting machines, no safety concerns could possibly outweigh the importance of citizens being able to evaluate the integrity and impartiality of the election process by having access to all election-related information and documentation.

5) I do not consent to my state delegating its authority to manage and conduct elections to the federal government. The involvement of federal entities, such as DHS and CISA, in state elections is repugnant to both Article I, Section 4 and the Tenth Amendment to the United States Constitution.

6) If my state's election officials insist that the involvement of federal agencies in my state's elections is necessary to ensure the integrity of electronic voting machines, then my state's election officials should cease the use of such machines in the election process.

# EXHIBIT D