IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES PIRTLE, *pro se*,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT NAGO, in his official capacity as Chief Election Officer of the State of Hawaii,<br><br>Defendant. | CASE NO.: CV22-00381-JMS-WRP<br><br>CERTIFICATE OF COMPLIANCE WITH WORD LIMITATIONS |

**CERTIFICATE OF COMPLIANCE WITH WORD LIMITATIONS**

The foregoing memorandum does not exceed the twenty-five (25) page limit of LR 7.4(a) and does not contain more than 6,250 words, in compliance with LR 7.5(b). According to the computer software used to generate the document, this memorandum contains 4,194 words.

DATED: Honolulu, Hawai‘i, September 20, 2022.

/s/ REESE R. NAKAMURA
REESE R. NAKAMURA
Deputy Attorney General

Attorney for Scott Nago, in his official capacity as Chief Election Officer of the State of Hawaii