# TABLE OF CONTENTS


I. INTRODUCTION

II. STATUTES & LEGISLATIVE HISTORY

III. ACT 136, SESSION LAWS OF HAWAII 2019

IV. §11-152 Method of counting

V. MAIL IN BALLOTS

VI. A. RESPONSE TO: "PLAINTIFF'S COMPLAINT"

VII.

VIII. II. IN RESPONSE TO DEFENDANTS: STANDARD OF REVIEW

IX. III. RESPONSE TO DEFENDANTS: "ARGUMENT"

X. ARTICLE III STANDING

XI. THE ELEVENTH AMENDMENT AND SOVEREIGN IMMUNITY PRECLUDE PLAINTIFF'S CLAIM

XII. PLAINTIFF'S CLAIM UNDER THE EQUAL PROTECTION, DUE PROCESS, AND GUARANTEE CLAUSES OF THE US CONSTITUTION

XIII. D. IN RESPONSE TO:" PLAINTIFF FAILS TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED"

XIV. CONCLUSION


**Exhibits**

**Table of Content**


EXHIBIT I: *2018 HAVA ELECTION SECURITY GRANT STATE of HAWAII PROGRAM*

*NARRATIVE*

EXHIBIT J: *AFFIDAVIT OF MARINA POLING*

EXHIBIT K: *DECLARATION OF DENNIS MONTGOMERY*

EXHIBIT L: *DECLARATION OF ALEX J. HALDERMAN*

EXHIBIT N: *ACT 136*
*HAWAII SESSIONS LAW 2019*