IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES PIRTLE, *pro se*,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT NAGO, in his official capacity as Chief Election Officer of the State of Hawaii,<br><br>Defendant. | CASE NO.: CV22-00381-JMS-WRP<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was duly served via U.S.P.S. mail, postage prepaid, to the following party at his last known address:

JAMES PIRTLE (*jpirtle511@gmail.com*)
94-629 Heainoa Place
Waipahu, Hawai'i 96797

Plaintiff *Pro Se*

DATED: Honolulu, Hawai'i, October 24, 2022.

/s/ REESE R. NAKAMURA
PATRICIA OHARA
REESE R. NAKAMURA
JENNIFER H. TRAN
Deputy Attorneys General
Attorneys for Scott Nago, in his official capacity as Chief Election Officer of the State of Hawaii