AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

JAMES PIRTLE,

Plaintiff,

V.

SCOTT NAGO, in his official capacity as Chief Election Officer of the State of Hawaii,

Defendant.

JUDGMENT IN A CIVIL CASE

Case: CV 22-00381 JMS-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 18, 2022

At 11 o'clock and 00 min a.m.
JOHN A. MANNLE, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

On November 18, 2022, the Court issued its "ORDER GRANTING DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, ECF NO. 10," ECF No. 19 (November 18, 2022 Order).

IT IS ORDERED AND ADJUDGED that this case is DISMISSED without prejudice pursuant to and in accordance with the November 18, 2022 Order. Further, the Clerk of Court is directed to enter judgment in favor of Defendant and to close the case.

November 18, 2022
Date

JOHN A. MANNLE
Clerk

/s/ JOHN A. MANNLE by JI
(By) Deputy Clerk